**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DEANDRE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00014-JMB |
| ) | |
| U CITY PD, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On June 10, 2020, the Court reviewed the civil action filed by self-represented litigant Michael DeAndre Johnson, pursuant to 28 U.S.C. § 1915. (Docket No. 6). The Court granted plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee. The Court also directed plaintiff to file an amended complaint within thirty days. Plaintiff was advised that failure to comply would result in the dismissal of his case without prejudice and without further notice. The amended complaint was due on July 10, 2020.

The Court did not receive an amended complaint. Instead, on July 7, 2020, mail sent to plaintiff was returned as undeliverable. (Docket No. 7). A forwarding address was not provided, so the mail was not resent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days,

the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

Here, more than thirty days have elapsed since plaintiff's mail was returned to the Court. Plaintiff has not provided his new address, or submitted anything further to the Court. As such, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this __12th__ day of ___August_____, 2020.


\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE